NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3321

ELIZABETH S. LAZARO,

Petitioner,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

Respondent.


Michael W. Dolan, Attorney at Law, of Washington, DC, argued for petitioner.

L. Misha Preheim, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  On the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3321

ELIZABETH S. LAZARO,

Petitioner,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        DC0752070669-I-2

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and PROST, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>July 14, 2009</u>        <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk